**DISMISS; and Opinion Filed January 6, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00198-CR

### CHRISTOPHER BRIAN CHOATE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Court at Law No. 6
### Collin County, Texas
### Trial Court Cause No. 006-86254-2013

## MEMORANDUM OPINION
Before Justices Bridges, Lang-Miers, and Myers

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

140198F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHRISTOPHER BRIAN CHOATE,
Appellant

No. 05-14-00198-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law
No. 6, Collin County, Texas
Trial Court Cause No. 006-86254-2013.
Opinion delivered per curiam before Justices
Bridges, Lang-Miers, and Myers.

    Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 6th day of January, 2015.